Paul Kapp – WSB #5-2267
Patrick M. Brady – WSB #7-5494
SUNDAHL, POWERS, KAPP & MARTIN, LLC
1725 Carey Avenue
PO Box 328
Cheyenne, Wyoming 82003
(307) 632-6421
pkapp@spkm.org
pbrady@spkm.org

Kevin D. Hartzell (*pro hac vice*)
Brooke H. McCarthy (*pro hac vice*)
KUTAK ROCK LLP
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: (402) 346-6000
kevin.hartzell@kutakrock.com
brooke.mccarthy@kutakrock.com
*Counsel for Plaintiff ALPS Property*
*& Casualty Insurance Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NICK E. BEDUHN; GOPPERT, SMITH & BEDUHN; KURT ACTON; TANNER BEEMER; and DAROLD BROWN,<br><br>Defendants. | Case No. 18-CV-28-F<br><br><br>**PLAINTIFF ALPS PROPERTY & CASUALTY INSURANCE CO.'S STATUS REPORT** |

**COMES NOW,** Plaintiff ALPS Property and Casualty Company, by and through its undersigned attorneys, and pursuant to the Court's *Order to File Status Report*, dated May 9, 2018 (CM/ECF Doc. No. 16), submits the following status report.

Defendants Kurt Acton, Tanner Beemer, and Darold Brown are represented by Christopher King. Mr. King contacted Plaintiff's counsel and requested additional time to respond to Plaintiff's Complaint. Plaintiff's counsel agreed to an extension permitting Mr. King to respond

to Plaintiff's complaint on behalf of Defendants Acton, Beemer, and Brown no later than May 14, 2018.

Travis Smith represents Defendant Goppert Smith & Beduhn. Plaintiff's counsel contacted Mr. Smith after the deadline to respond to Plaintiff's Complaint had passed. Mr. Smith asked for additional time to respond to Plaintiff's Complaint and Plaintiff's counsel agreed to an extension permitting Mr. Smith to respond to Plaintiff's complaint on behalf of Defendant Goppert Smith & Beduhn no later than May 16, 2018.

In summary Plaintiff has agreed to extend the time to answer its Complaint to May 14, 2018 for Defendants Acton, Beemer, and Brown; and to May 16, 2018 for Goppert, Smith, and Beduhn.

Dated this 11th day of May, 2018.

Paul Kapp – WSB #5-2267
Patrick M. Brady – WSB #7-5494
SUNDAHL, POWERS, KAPP & MARTIN, LLC
PO Box 328
Cheyenne, Wyoming 82003
(307) 632-6421
pkapp@spkm.org
pbrady@spkm.org

*and*

Kevin D. Hartzell (*pro hac vice*)
Brooke H. McCarthy (*pro hac vice*)
KUTAK ROCK LLP
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: (402) 346-6000
kevin.hartzell@kutakrock.com
brooke.mccarthy@kutakrock.com
*Counsel for Plaintiff ALPS Property & Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11th, 2018, I caused *Plaintiff Alps Property & Casualty Insurance Co.'s Status Report* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following,

J. Travis Smith, Esq.
GOPPERT, SMITH & BEDUHN
1309 Sheridan Avenue
Post Office Box 880
Cody, WY 82414
Email: jtseq37@gmail.com

*Counsel for Defendant Goppert, Smith & Beduhn*

David M. Clark, Esq.
Christopher J. King, Esq.
GREEAR CLARK KING, P.C.
1112 Robertson Avenue
Post Office Box 552
Worland, WY 82401
Email: dave@greearclarkking.com
Email: chris@greearclarkking.com

*Counsel for Defendants Kurt Acton, Tanner Beemer and Darold Brown*

I hereby certify that on May 11th, 2018, I caused a copy of *Plaintiff Alps Property & Casualty Insurance Co.'s Status Report* to be placed in the United States mail, first class postage prepaid, to the following:

Nick E. Beduhn
2013 Shoshoni Trail South
Cody, WY 82414

*Pro Se*

_____
Patrick M. Brady

3