
IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

ALPS PROPERTY & CASUALTY
INSURANCE COMPANY,

Plaintiff,

vs.

Case No: 18-CV-28

NICK E. BEDUHN, GOPPERT SMITH &
BEDUHN, KURT ACTON, TANNER
BEEMER, DAROLD BROWN

Defendants.

---

## ORDER REQUIRING DEFENDANT BEDUHN TO UPDATE HIS CONTACT INFORMATION

This matter has come to the Court's attention following the initial pretrial conference held on August 2, 2018. Plaintiff's counsel informed the Court that they have been unsuccessful in their attempts to contact Defendant Beduhn using the contact information he provided the Court on his pro se Answer and Counterclaim filed on March 30, 2018.

As this case is ongoing, it is imperative that the parties and the Court have Mr. Beduhn's current contact information, so he is aware of the deadlines and filings in his case. His failure to provide this information may lead the Court to find him in default and to dismiss his counter-claims.

IT IS ORDERED on or before August 17, 2018, Defendant Beduhn must notify the Court of his current mailing address, telephone number, and email address.

Dated this 2 day of August, 2018.

NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE