

**FILED**

Stephan Harris
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>NICK E. BEDUHN; GOPPERT, SMITH & BEDUHN; KURT ACTON; TANNER BEEMER; and DAROLD BROWN,<br><br>Defendants. | Case No: 18-CV-28-F |

## ORDER TO SHOW CAUSE

This matter is before the Court on its own notice. On September 14, 2018, Defendant ALPS Property & Casualty Insurance Company ("ALPS") moved for summary judgment in this matter. (Doc. 24). Defendants Nick E. Beduhn, Goppert, Smith & Beduhn, Kurt Acton, Tanner Beemer, and Darold Brown (collectively, "Defendants") have not filed responses to this motion. Pursuant to Local Rule, Defendants should have filed responses within 14 days of ALPS's filing, on or before September 28, 2018. U.S.D.C.L.R. 7.1(b)(2)(A).

IT IS ORDERED that the Defendants have until October 8, 2018 to show cause why they have failed to respond to the ALPS's Motion for Summary Judgment. Additionally, the Defendants shall file their responses to ALPS's Motion for Summary Judgment on or before October 8, 2018. Failure to file responses or to provide the Court with a justification

for failure to file responses may result in the Court considering the motion confessed and granting ALPS's motion.

Dated this __2nd__ day of October, 2018.

*/s/ Nancy D. Freudenthal*
_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE