

**FILED**

9:10 am, 10/10/18

**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

ALPS PROPERTY CASUALTY
INSURANCE COMPANY

                Plaintiff,

vs.

BEDUHN et al

                Defendant.

Case Number: 18-CV-28-F

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only      ☑ This was a Telephonic Hearing

Date: 10/10/2018    Time: 9:01 a.m. - 9:11 a.m.     (Telephonic)

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Bobbi Owen |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Paul Kapp (in person), Brooke McCarthy

Attorney(s) for Defendant(s)    Travis Smith, Jim Michael, Chris King

Other:

ALPS counsel has requested that the case be stayed pending resolution of the Motion for Summary Judgment, no Response has been filed. Court is inclined to grant the Motion to stay at this point. Order will be forthcoming.