

**FILED**
*11:28 am, 10/10/18*
**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>NICK E. BEDUHN; GOPPERT, SMITH & BEDUHN; KURT ACTON; TANNER BEEMER; and DAROLD BROWN,<br><br>Defendants. | Case No: 18-CV-28-F |

## ORDER GRANTING ALPS'S "MOTION TO STAY PROGRESSION ORDER DEADLINES"

THIS MATTER is before the Court on Plaintiff ALPS Property & Casualty Ins. Co.'s ("ALPS") "Motion to Stay Progression Order Deadlines." (Doc. 28). In that Motion, ALPS asks the Court to stay deadlines in the Order on Initial Pretrial Conference (Doc. 22) pending resolution of ALPS's Motion for Summary Judgment. (Doc. 24). The Court has reviewed the Motion and is fully informed in the premises.

IT IS ORDERED that ALPS's "Motion to Stay Progression Deadlines" (Doc. 28) is GRANTED.

IT IS FURTHER ORDERED that the deadlines set forth in the Order on Initial Pretrial Conference (Doc. 22) are stayed pending resolution of ALPS's Motion for Summary Judgment. (Doc. 24).

.

IT IS FINALLY ORDERED that the Court shall enter an amended Order on Initial Pretrial Conference should it deny ALPS's Motion for Summary Judgment. (Doc. 24).

Dated this __10__ day of October, 2018.

                                        NANCY D. FREUDENTHAL
                                        UNITED STATES DISTRICT JUDGE